# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 193 WAL 2015
:
    Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
  v. :
:
:
:
EARL HAWKINS, :
:
    Petitioner :

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 17th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.